FILED
12/17/24 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Emily R. Shope** | : | Case No. 24-70498-JAD |
| **Debtor** | : | |
| | : | Chapter 7 |
| _____ | : | |
| **Emily R. Shope** | : | |
| **Movant** | : | Document No. 9 |
| | : | |
| | : | |
| **vs** | : | |
| | : | |
| **No Respondent** | : | |

### ORDER ON MOTION TO EXTEND TIME TO COMPLETE THE BANKRUPTCY FILING

**AND NOW** on this ___17th___ day of December, 2024, upon consideration of Debtor's Motion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion to Extend Time To Complete the Bankruptcy Filing is **GRANTED.** Debtor shall have until **December** __30__, **2024** (10 days later) to file the Chapter 7 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required. No further extensions will be granted, except in extenuating circumstances.

BY THE COURT:

_____  jsf
Jeffery A. Deller, *Judge*

*United States Bankruptcy Court*

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70498-JAD |
| Emily R. Shope | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Dec 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emily R. Shope, 1929 14th Avenue, Altoona, PA 16601-2440 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 19, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Emily R. Shope ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |

TOTAL: 4