# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Emily R. Shope**  
Debtor(s)

Case No. **24-70498**  
Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Emily R. Shope**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **December 24, 2024**

Signature **/s/ Emily R. Shope**  
**Emily R. Shope**  
Debtor

Vicar Operating, Inc. dba VCA    12401 West Olympic Blvd Los Angeles, CA 90064
Emily Shope    1929 14th Ave Altoona, PA 16601

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Emily Shope | Vicar Operating, Inc. dba VCA | 509677 | 09/22/2024 | 10/05/2024 | 10/11/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 29.30 | 483.45 | 0.00 | 61.90 | 0.00 | 421.55 |
| YTD | 29.30 | 483.45 | 0.00 | 61.90 | 0.00 | 421.55 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 09/29/2024 - 10/05/2024 | 29.3 | 16.5 | 483.45 | 29.3 | 483.45 |
| Earnings | | | | 483.45 | | 483.45 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 29.97 | 29.97 |
| Medicare | 7.01 | 7.01 |
| State Tax - PA | 14.84 | 14.84 |
| SUI-Associate Paid - PA | 0.34 | 0.34 |
| City Tax - COLEG | 7.74 | 7.74 |
| PA LST - COLEG | 2.00 | 2.00 |
| Associate Taxes | 61.90 | 61.90 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 483.45 | 483.45 |
| Medicare - Taxable Wages | 483.45 | 483.45 |
| Federal Withholding - Taxable Wages | 483.45 | 483.45 |

| Marital Status | Federal | State |
|---|---|---|
| | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| VCAPB Continuing Education Time Off P | 0 | 0 | 0 |
| VCAPB USA Bi-Weekly Sick Time Off Pl | 0 | 0 | 0 |
| VCAPB USA Bi-Weekly Vacation Time C | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | | | | 421.55 USD |

Vicar Operating, Inc. dba VCA    12401 West Olympic Blvd Los Angeles, CA 90064
Emily Shope    1929 14th Ave Altoona, PA 16601

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Emily Shope | Vicar Operating, Inc. dba VCA | 509677 | 10/06/2024 | 10/19/2024 | 10/25/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 48.03 | 792.49 | 0.00 | 123.29 | 0.00 | 669.20 |
| YTD | 77.33 | 1,275.94 | 0.00 | 185.19 | 0.00 | 1,090.75 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 10/06/2024 - 10/12/2024 | 30.8 | 16.5 | 508.20 | | |
| Regular | 10/13/2024 - 10/19/2024 | 17.23 | 16.5 | 284.29 | 77.33 | 1,275.94 |
| Earnings | | | | 792.49 | | 1,275.94 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 49.14 | 79.11 |
| Medicare | 11.49 | 18.50 |
| Federal Withholding | 23.10 | 23.10 |
| State Tax - PA | 24.33 | 39.17 |
| SUI-Associate Paid - PA | 0.55 | 0.89 |
| City Tax - COLEG | 12.68 | 20.42 |
| PA LST - COLEG | 2.00 | 4.00 |
| Associate Taxes | 123.29 | 185.19 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 792.49 | 1,275.94 |
| Medicare - Taxable Wages | 792.49 | 1,275.94 |
| Federal Withholding - Taxable Wages | 792.49 | 1,275.94 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| VCAPB Continuing Education Time Off P | 0 | 0 | 0 |
| VCAPB USA Bi-Weekly Sick Time Off Pl | 0 | 0 | 0 |
| VCAPB USA Bi-Weekly Vacation Time C | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | | | | 669.20 USD |

Vicar Operating, Inc. dba VCA    12401 West Olympic Blvd Los Angeles, CA 90064
Emily Shope    1929 14th Ave Altoona, PA 16601

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Emily Shope | Vicar Operating, Inc. dba VCA | 509677 | 10/20/2024 | 11/02/2024 | 11/08/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 75.74 | 1,249.71 | 0.00 | 230.51 | 12.46 | 1,006.74 |
| YTD | 153.07 | 2,525.65 | 0.00 | 415.70 | 12.46 | 2,097.49 |

| Earnings | | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular | 10/20/2024 - 10/26/2024 | 37.62 | 16.5 | 620.73 | | | OASDI | 77.48 | 156.59 |
| Regular | 10/27/2024 - 11/02/2024 | 38.12 | 16.5 | 628.98 | 153.07 | 2,525.65 | Medicare | 18.12 | 36.62 |
| | | | | | | | Federal Withholding | 73.66 | 96.76 |
| | | | | | | | State Tax - PA | 38.37 | 77.54 |
| | | | | | | | SUI-Associate Paid - PA | 0.88 | 1.77 |
| | | | | | | | City Tax - COLEG | 20.00 | 40.42 |
| | | | | | | | PA LST - COLEG | 2.00 | 6.00 |
| Earnings | | | | 1,249.71 | | 2,525.65 | Associate Taxes | 230.51 | 415.70 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Group Legal | 9.21 | 9.21 |
| ID Protection | 3.25 | 3.25 |
| Post Tax Deductions | 12.46 | 12.46 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,249.71 | 2,525.65 |
| Medicare - Taxable Wages | 1,249.71 | 2,525.65 |
| Federal Withholding - Taxable Wages | 1,249.71 | 2,525.65 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Single or Married filing separately | | VCAPB Continuing Education Time Off P | 0 | 0 | 0 |
| Allowances | 0 | 0 | VCAPB USA Bi-Weekly Sick Time Off Pl | 0 | 0 | 0 |
| Additional Withholding | 0 | | VCAPB USA Bi-Weekly Vacation Time C | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| | | | | 1,006.74 USD |