IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  **Emily R. Shope** | : | Bankruptcy No. 24-70498-JAD |
| Debtor | : | |
| **Emily R. Shope** | : | |
| | : | Chapter   7 |
| Movant | : | |
| | : | Related to Document No.  2 |
| v. | : | |
| No Respondent | : | |

NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, **Richard G. Allen**, counsel for the debtor in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Dated:  December 24, 2024

/s/ Richard G. Allen, Esquire
Richard G. Allen, Esquire
752 Bedford Street
Johnstown, PA 15902
PA ID #   304865
(814) 240-1013 (phone)
(814) 806-2754 (fax)
richarda@johnstownbankruptcy.com

PAWB Local Form 30 (07/13)

1

MATRIX

Altoona Water Authority
P.O. Box 3150
Altoona, PA 16603-3150

American Profit Recovery
Attn: Bankruptcy
34505 W 12 Mile Road #333
Farmington Hills, MI 48331

Blair Animal Hospital
1720 N. Juniata Street
Hollidaysburg, PA 16648

Duncansville MHP LLC
c/o Jason Michael Plakosh, Esq.
P.O. Box 184
Sewickley, PA 15143

Evan Dickerson
210 S. 2nd Street
Philipsburg, PA 16866

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Penelec/First Energy
101 Crawford's Corner Road
Building #1 Ste. 1-511
Holmdel, NJ 07733

Peoples
P.O. Box 644670
Pittsburgh, PA 15264-4760