**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Emily R. Shope** | : | Case No. 24-70498-JAD |
| Debtor | : | Chapter 7 |
| _____ | : | |
| **Emily R. Shope** | : | |
| Movant | : | Document No. 18 |
| | : | |
| vs | : | |
| No Respondents | : | |

**CERTIFICATE OF SERVICE OF DEBTOR'S MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13**

I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 27th day of December, 2024, a true and correct copy of the Motion dated December 26th, 2024, by electronic mail and First-Class Mail U.S. Postage paid on the Parties below:

Dated December 27th, 2024:    **/s/ Richard G. Allen, Esquire**

Richard G. Allen, Esquire

752 Bedford Street
Johnstown, PA 15902

PA ID #   304865

(814) 240-1013 (phone)

(814) 806-2754 (fax)

richarda@johnstownbankruptcy.com

Attorney for Debtor

**Matrix:**

EMAIL:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.; Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Via U.S. Mail:

Affirm, Inc.

Attn: Bankruptcy

650 California St, Fl 12

San Francisco, CA 94108-2716

Altoona Water Authority

P.O. Box 3150

Altoona, PA 16603-3150

American Profit Recovery

Attn: Bankruptcy

34505 W 12 Mile Road #333 Farmington Hills, MI 48331-3288

Arize Fcu Fka Spe Fcu

2120 Old Gatesburg

State College, PA 16803-2200

Blair Animal Hospital

1720 N. Juniata Street

Hollidaysburg, PA 16648-1918

Capital One

Attn: Bankruptcy

P.O. Box 30285

Salt Lake City, UT 84130-0285

Ccb/onepro

P.O. Box 513717

Los Angeles, CA 90051-3717

Discover Financial

Attn: Bankruptcy

P.O. Box 3025

New Albany, OH 43054-3025

Duncansville MHP LLC

c/o Jason Michael Plakosh, Esq.

P.O. Box 184

Sewickley, PA 15143-0184

Emily R. Shope

1929 14th Avenue

Altoona, PA 16601-2440

Evan Dickerson

210 S. 2nd Street

Philipsburg, PA 16866-1706

Internal Revenue Service

Centralized Insolvency Operations

P.O. Box 7346

Philadelphia, PA 19101-7346

Mercury/FBT

Attn: Bankruptcy

P.O. Box 84064

Columbus, GA 31908-4064

Pennsylvania Department of Revenue
Bankruptcy Division

P.O. Box 280946

Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC

GRB Law

c/o Jeffrey R. Hunt, Esquire

525 William Penn Place, Suite 3110

Pittsburgh, PA 15219-1753

Penelec/First Energy

101 Crawford's Corner Road

Building #1 Ste. 1-511

Holmdel, NJ 07733-1976

PennyMac Loan Services, LLC

Attn: Correspondence Unit

P.O. Box 514387

Los Angeles, CA 90051-4387

PSECU

Attention: Bankruptcy

P.O. Box 67013

Harrisburg, PA 17106-7013

Synchrony Bank/Climate Select

Attn: Bankruptcy

P.O. Box 965060

Orlando, FL 32896-5060