## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Emily R. Shope | : | Bankruptcy No. 24-70498-JAD |
| Debtor | : | |
| | : | Chapter 7 |
| Emily R. Shope | : | Document No. 24 |
| Movant | : | Hearing Date & Time: |
| | : | 01/22/2025 @ 10:00 AM |
| v. | : | |
| | : | |
| No Respondents | : | |

### CERTIFICATION OF NO OBJECTION REGARDING
### DEBTOR'S MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on December 26th, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 13th, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: January 17th, 2025:

Respectfully Submitted
/s/ Richard G. Allen, Esq.
Richard G. Allen
PA I.D. #304865
Law Offices of Richard G. Allen
P.O. Box 401, Delmont, PA 15626
(814) 240-1013 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com
Attorney for Debtor

**PAWB Local Form 25 (07/13)**