IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Emily R. Shope | : | Bankruptcy No. 24-70498-JAD |
| | : | |
| Debtor | : | |
| | : | Chapter 13 |
| Emily R. Shope | : | |
| | : | |
| Movant | : | |
| | : | Related to Document No. 25 |
| v. | : | |
| | : | |
| No Respondent | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
   Check one:
   _____ Creditor(s) added
   _____ NO creditor(s) added
   _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority
   Claims Check one:
   _____ Creditor(s) added
   _____ NO creditor(s) added
   _____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority
   Claims Check one:
   _____ Creditor(s) added
   _____ NO creditor(s) added
   _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired
   Leases Check one:

| | |
|---|---|
| \_\_\_\_\_ | Creditor(s) added |
| \_\_\_\_\_ | NO creditor(s) added |
| \_\_\_\_\_ | Creditor(s) deleted |
| \_\_\_\_\_ | Schedule H - Codebtors |
| \_\_\_\_\_ | Schedule I - Current Income of Individual Debtor(s) |
| \_\_\_\_\_ | Schedule J - Current Expenditures of Individual Debtor(s) |
| \_\_\_\_\_ | Statement of Financial Affairs |
| \_\_\_\_\_ | Chapter 7 Individual Debtor's Statement of Intention |
| \_\_\_\_\_ | Chapter 11 List of Equity Security Holders |
| \_\_\_\_\_ | Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims |
| x | Disclosure of Compensation of Attorney for Debtor |
| \_\_\_\_\_ | Other |

_____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Jeffrey Hunt on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Brent J. Lemon on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
blemon@kmllawgroup.com, lemondropper75@hotmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Date:   January 24th, 2025:          Respectfully Submitted:

                                    /s/ Richard G. Allen, Esquire
                                    Richard G. Allen, Esquire
                                    752 Bedford Street
                                    Johnstown, PA 15902
                                    PA ID #   304865
                                    (814) 240-1013 (phone)
                                    (814) 806-2754 (fax)
                                    richarda@johnstownbankruptcy.com
                                    Attorney for Debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Emily R. Shope**                                                                                       Case No. **24-70498**
　　　　　　　　　　　　　　　　Debtor(s)                                                                 Chapter  **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                  $  **2,308.00**
   Prior to the filing of this statement I have received        $  **2,308.00**
   Balance Due                                                  $      **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):   **ARAG Legal Insurance**

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   　　**Services Attorney will provide to Client(s) include the following ("Standard Services"):**
   　　**Analysis of Client(s)'s financial condition;**
   　　**Counseling Client(s) as to the advisability of seeking relief in bankruptcy under Chapter 13 of the Bankruptcy Code;**
   　　**Advising Client(s) concerningAdvising Client(s) as to the availability of exemptions under applicable law;**
   　　**Assisting Client(s) in assembling all documents necessary for, or in connection with, the filing of a petition under the Bankruptcy Code;**
   　　**Assisting Client(s) in meeting all conditions precedent to filing a petition for relief under the Bankruptcy Code and in meeting all conditions precedent to obtaining a discharge, if the Client(s) is/are eligible to receive a discharge;**
   　　**Preparation and electronic filing of the Client(s)'s bankruptcy petition, supporting schedules, statements, and Chapter 13 plan;**
   　　**Preparing Client(s) for examination at the meeting of creditors held pursuant to section 341 of the Bankruptcy Code;**
   　　**Negotiations with creditors and trustee to present a confirmable plan;**
   　　**Attending the meeting of creditors and all court hearings (except as otherwise excluded in this Contract);**
   　　**Preparation and filing of motions to avoid liens and other routine pleadings;**
   　　**Review of claims and related matters;**
   　　**Assisting the Client(s) with the enforcement of the automatic stay, if required;**
   　　**Communicating with Client(s)'s creditors, as necessary;**
   　　**Preparation of defense in the event of a motion to dismiss, Trustee's Certificate of Default, or motion for relief from stay;**
   　　**Continued monitoring of all pleadings filed in the case;**
   　　**Preparation of motions to amend the plan, add creditors, incur credit or suspend payments; and Preparation and filing of discharge documents.**

   　　**Examples of Additional Services include, but are not limited to:  Rule 2004 examinations, depositions, interrogatories, or other discovery proceedings;**

In re **Emily R. Shope** Case No. **24-70498**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
(Continuation Sheet)

- **Defending matters arising from Client(s)'s failure to disclose any material fact; or**
- **Defending matters arising from Client(s)'s false statements made in connection with the bankruptcy petition, schedules, statement of financial affairs or any documents provided in support thereof.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **This Contract does not apply to, and Attorney is not hired to represent Client(s) in, the following:**
   - **Appeals; or**
   - **Proceedings in any non-bankruptcy court or administrative agency.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 24, 2025** | **/s/ Richard G. Allen** |
| *Date* | **Richard G. Allen 304865 PA** |
| | *Signature of Attorney* |
| | **Law Offices of Richard G. Allen** |
| | **752 Bedford Street** |
| | **Johnstown, PA 15902** |
| | **814 240-1013  Fax: 814 806-2754** |
| | **richarda@johnstownbankruptcy.com** |
| | *Name of law firm* |