**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Emily R. Shope** | : | Case No. 24-70498-JAD |
| **Debtor** | : | Chapter 13 |
| _____ | : | |
| **Emily R. Shope** | : | Document No. 39 |
| **Movant** | : | |
| v. | : | |
| **Pennymac Loan Services LLC** | : | |
| **Respondent** | : | |
| **And** | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**DEBTOR'S MOTION TO AUTHORIZE LOAN MODIFICATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 28th, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 14th, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

<u>Date: February 16th, 2025:</u>

Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
Law Offices of Richard G. Allen
752 Bedford Street
Johnstown, PA 15902
(814) 240-1013 (P)
(814) 806-2754 (F)
Email:   richarda@johnstownbankruptcy.com
Attorney for Debtor

**PAWB Local Form 25 (07/13)**