**DEFAULT O/E JAD**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Emily R. Shope | : | Case No. 24-70498-JAD | FILED 2/21/25 12:02 pm |
| Debtor | : | Chapter 13 | CLERK U.S. BANKRUPTCY COURT - WDPA |
| _____ | : | | |
| Emily R. Shope | : | Document No. 32 | |
| Movant | : | | |
| v. | : | | |
| Pennymac Loan Services LLC | : | | |
| Respondent | : | | |
| And | : | | |
| Ronda J. Winnecour, | : | | |
| Chapter 13 Trustee | : | | |
| Additional Respondent | : | | |

### ORDER ON MOTION TO AUTHORIZE LOAN MODIFICATION

**AND NOW**, on this  21st  day of ___February___, 2025, it is hereby **ORDERED** that:

The Modification Agreement between **Emily R. Shope and Pennymac Loan Services, LLC** is approved. The terms of the loan shall be as follows:

a. Due Date:              the 1st of the month commencing January 1st, 2025
b. New Monthly Payment:   $728.12 = P&I $522.46; Escrow $205.66
c. Interest Rate:         6.75%
d. Loan Term:             30 years
e. Maturity Date:         January 1st 2055
f. Principal Balance:     $80,551.81
g. Pre-Petition Arrears:  $0.00.

***Within fourteen (14) days*** from the date of this Order the Debtor shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____ jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70498-JAD |
| Emily R. Shope | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Feb 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2025:**

**Recip ID**        **Recipient Name and Address**
db                 + Emily R. Shope, 1929 14th Avenue, Altoona, PA 16601-2440

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2025 at the address(es) listed below:**

**Name**        **Email Address**

Brent J. Lemon
       on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Jeffrey Hunt
       on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
       on behalf of Debtor Emily R. Shope ecf@johnstownbankruptcy.com
       mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

TOTAL: 5