**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| **Emily R. Shope** | : | Case No. 24-70498-JAD | FILED |
| **Debtor** | : | **Chapter 13** | 2/21/25 12:02 pm |
| _____ | : | | CLERK |
| **Emily R. Shope** | : | Document No. 32 | U.S. BANKRUPTCY |
| **Movant** | : | | COURT - WDPA |
| v. | : | | |
| **Pennymac Loan Services LLC** | : | | |
| **Respondent** | : | | |
| And | : | | |
| **Ronda J. Winnecour,** | : | | |
| **Chapter 13 Trustee** | : | | |
| **Additional Respondent** | : | | |

**ORDER ON MOTION TO AUTHORIZE LOAN MODIFICATION**

***AND NOW***, on this  21st   day of    February         , **2025**, it is hereby ***ORDERED*** that:

The Modification Agreement between **Emily R. Shope and Pennymac Loan Services, LLC** is approved.  The terms of the loan shall be as follows:

a. Due Date:             the 1st of the month commencing January 1st, 2025
b. New Monthly Payment:  **$728.12 = P&I $522.46; Escrow $205.66**
c. Interest Rate:        6.75%
d. Loan Term:            30 years
e. Maturity Date:        January 1st 2055
f. Principal Balance:    $80,551.81
g. Pre-Petition Arrears: $0.00.

***Within fourteen (14) days*** from the date of this Order the Debtor shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____ jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court