| Debtor | Emily R. Shope | Case number | 24-70498 |
|---|---|---|---|

Check one.

☑ None. If "None" is checked, the rest of § 2.2 need not be completed or reproduced.

2.3   The total amount to be paid into the plan (plan base) shall be computed by the trustee based on the total amount of plan payments plus any additional sources of plan funding described above.

**Part 3:   Treatment of Secured Claims**

3.1   Maintenance of payments and cure of default, if any, on Long-Term Continuing Debts.

Check one.

☐ None. If "None" is checked, the rest of Section 3.1 need not be completed or reproduced.

☑ The debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed by the trustee. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, without interest. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. If monthly payment changes exist, state the amounts and effective dates of the changes.

| Name of creditor and redacted account number | Collateral | Current installment payment (including escrow) | Amount of arrearage (if any) | Start date (MM/YYYY) |
|---|---|---|---|---|
| PennyMac Loan Services, LLC SSE0018206442197 | 1929 14th Avenue Altoona, PA 16601 Blair County fmv determined by 2023 appraisal | $728.12 (pursuant to loan modification) | $0.00 | 01/01/2025 |
| PSECU 8090959076L0001 | 2014 Mazda six 135000 miles Location: 1929 14th Avenue, Altoona PA 16601 fmv determined by kbb.com owned jointly with Evan Dickerson | $262.00 | $0.00 | 11/30/2024 |

Insert additional claims as needed.

3.2   Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.

Check one.

☑ None. If "None" is checked, the rest of § 3.2 need not be completed or reproduced.

3.3   Secured claims excluded from 11 U.S.C. § 506.

Check one.
☑ None. If "None" is checked, the rest of Section 3.3 need not be completed or reproduced.

3.4   Lien avoidance.

Check one.

☑ None. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced. The remainder of this section will be effective only if the applicable box in Part 1 of this plan is checked*

3.5   Surrender of collateral.

Check one.