# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Emily R. Shope** | : | Case No. 24-70498-JAD |
| Debtor | : | Chapter 13 |
| _____ | : | |
| **Emily R. Shope** | : | Document No. 51 |
| Movant | : | |
| v. | : | |
| **Pennymac Loan Services LLC** | : | |
| Respondent | : | |
| And | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |
| | Exhibit A | |

Date:   March 12th, 2025                 Respectfully Submitted:

**/s/ Richard G. Allen, Esquire**

Richard G. Allen, Esquire

752 Bedford Street

Johnstown, PA 15902  PA ID #  304865

(814) 240-1013 (phone)

(814) 806-2754 (fax)

richarda@johnstownbankruptcy.com

Attorney for Debtors

**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Emily R. Shope | : | Case No. 24-70498-JAD |
| Debtor | : | Chapter 13 |
| _____ | : | |
| Emily R. Shope | : | Document No. 32 |
| Movant | : | |
| v. | : | |
| Pennymac Loan Services LLC | : | |
| Respondent | : | |
| And | : | |
| Ronda J. Winnecour, | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

FILED
2/21/25 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER ON MOTION TO AUTHORIZE LOAN MODIFICATION

**AND NOW**, on this  21st  day of       February       , 2025, it is hereby **ORDERED** that:

The Modification Agreement between **Emily R. Shope and Pennymac Loan Services, LLC** is approved.  The terms of the loan shall be as follows:

a. Due Date:            the 1st of the month commencing January 1st, 2025
b. New Monthly Payment:   $728.12 = P&I $522.46; Escrow $205.66
c. Interest Rate:       6.75%
d. Loan Term:           30 years
e. Maturity Date:       January 1st 2055
f. Principal Balance:   $80,551.81
g. Pre-Petition Arrears: $0.00.

***Within fourteen (14) days*** from the date of this Order the Debtor shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____ jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court