IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Emily R. Shope** | : | **Case No. 24-70498-JAD** |
| **Debtor** | : | **Chapter 13** |
| _____ | : | |
| **Emily R. Shope** | : | **Document No. 53** |
| **Movant** | : | |
| **v.** | : | |
| **Pennymac Loan Services LLC** | : | |
| **Respondent** | : | |
| **And** | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |

### CERTIFICATE OF SERVICE OF ORDER ON MOTION TO AMEND ORDER OF COURT

  I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 12th day of March, 2025, a true and correct copy of the Motion To Amend Order of Court, with its Hearing Notice and Exhibits, dated March 11th, 2025, by electronic mail and First-Class Mail U.S. Postage paid on the Parties below:

Dated: March 12th, 2025:       **/s/ Richard G. Allen, Esquire**

                  Richard G. Allen, Esquire

                  752 Bedford Street
                  Johnstown, PA 15902

                  PA ID #   304865

                  (814) 240-1013 (phone)

                  (814) 806-2754 (fax)

                  richarda@johnstownbankruptcy.com

                  Attorney for Debtor

**Matrix:**

EMAIL:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.; Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Pennymac Loan Services Inc. Via email  Emerson Huezo emerson.huezo@pennymac.com


Via U.S. Mail:

Emily R. Shope

1929 14th Avenue

Altoona, PA 16601-2440


Evan Dickerson

210 S. 2nd Street

Philipsburg, PA 16866-1706


Pennymac Loan Services, Inc.

6101 Condor Drive, Suite 200

Moorpark, CA 93021