**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Emily R. Shope** | : | Case No. 24-70498-JAD |
|     **Debtor** | : | Chapter 13 |
| _____ | : | |
| **Emily R. Shope** | : | Document No. 57 |
|     **Movant** | : | |
|     v. | : | |
| **Pennymac Loan Services LLC** | : | |
|     **Respondent** | : | |
| **And** | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
|     **Additional Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**DEBTOR'S MOTION TO AMEND ORDER OF COURT**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on March 11th, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 28th, 2025.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

<u>Date: April 2nd, 2025:</u>
                                                                           Respectfully Submitted
                                                                           **/s/ Richard G. Allen, Esq.**
                                                                           Richard G. Allen
                                                                           PA I.D. #304865
                                                                           Law Offices of Richard G. Allen
                                                                           752 Bedford Street
                                                                           Johnstown, PA 15902
                                                                           (814) 240-1013 (P)
                                                                           (814) 806-2754 (F)
                                                 Email:        richarda@johnstownbankruptcy.com
                                                                           Attorney for Debtor