**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Emily R. Shope** | : | Case No. 24-70498-JAD |
| **Debtor** | : | Chapter 13 |
| _____ | : | |
| **Emily R. Shope** | : | Document No. 46 |
| **Movant** | : | |
| v. | : | |
| **Pennymac Loan Services LLC** | : | |
| **Respondent** | : | |
| And | : | |
| Ronda J. Winnecour, | : | |
| Chapter 13 Trustee | : | |
| **Additional Respondent** | : | |

FILED
4/11/25 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER ON MOTION TO AUTHORIZE LOAN MODIFICATION

***AND NOW***, on this  11th  day of   April                     , 2025, it is hereby ***ORDERED*** that:

The Modification Agreement between **Emily R. Shope and Pennymac Loan Services, LLC** is approved.  The terms of the loan shall be as follows:

| | |
|---|---|
| a. Due Date: | the 1st of the month commencing January 1st, 2025 |
| b. New Monthly Payment: | $728.12 = P&I $522.46; Escrow $205.66 |
| c. Interest Rate: | 6.75% |
| d. Loan Term: | 30 years |
| e. Maturity Date: | January 1st 2055 |
| f. Principal Balance: | $80,551.81 |
| g. Pre-Petition Arrears: | $0.00. |

Case 24-70498-JAD    Doc 58    Filed 04/11/25    Entered 04/11/25 11:43:52    Desc Main
            Document      Page 2 of 2

BY THE COURT:

_____ jsf
Jeffery A. Deller, Judge
United States Bankruptcy Court