**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Emily R. Shope** | : | Case No. 24-70498-JAD |
| **Debtor** | : | Chapter 13 |
| _____ | : | |
| **Emily R. Shope** | : | Document No. 70 |
| **Movant** | : | |
| v. | : | |
| **Pennymac Loan Services LLC** | : | |
| **Respondent** | : | |
| And | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |

<u>**CERTIFICATE OF SERVICE OF CONSENT ORDER AUTHORIZING INTERIM MORTGAGE MODIFICATION**</u>

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 28th day of November, 2025, a true and correct copy of the Consent Order Authorizing Interim Mortgage Modification, dated November 26th, 2025, by electronic mail and First-Class Mail U.S. Postage paid on the Parties below:

<u>Dated: November 28th, 2025:</u>      **/s/ Richard G. Allen, Esquire**

    Richard G. Allen, Esquire

    752 Bedford Street
    Johnstown, PA 15902

    PA ID #   304865

    (814) 240-1013 (phone)

    (814) 806-2754 (fax)

    richarda@johnstownbankruptcy.com

    Attorney for Debtor

**Matrix:**

EMAIL:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.; Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

LMP@chapter13trusteewdpa.com

Denise Carlon on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
dcarlon@kmllawgroup.com


Via U.S. Mail:

Emily R. Shope

1929 14th Avenue

Altoona, PA 16601-2440


Evan Dickerson

210 S. 2nd Street

Philipsburg, PA 16866-1706


Pennymac Loan Services, Inc.

6101 Condor Drive, Suite 200

Moorpark, CA 93021