FILED
11/26/25 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-70498-JAD |
| Emily R. Shope | : | |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Emily R. Shope | : | Doc. # 68 |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| Pennymac Loan Services, LLC | : | |
| | : | |
| Respondent | : | |

**CONSENT ORDER AUTHORIZING INTERIM MORTGAGE MODIFICATION**

On **November 11th, 2025** the above-named Debtor, Emily R. Shope and Respondent Pennymac Loan Services LLC ("Pennymac") entered into a trial modification (the "Trial Modification") with respect to the first mortgage on the Debtor's residence. The terms of the Trial Modification require monthly payments in the amount of $515.09 ("Trial Payments") to begin on **December 1st, 2025** and to continue in that amount until **February 1st, 2026** (the "Trial Modification Period"). In light of the need for an immediate change in the distribution to Pennymac, the Debtor requests the Court to enter this Interim Mortgage Modification Order until a final, permanent modification can be presented to the Court for approval.

**AND NOW**, this 26th **day of** November**, 2025,** for the foregoing reasons it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The Chapter 13 Trustee is authorized and directed to modify the distributions to the above-named Creditor (Pennymac) for the Trial Modification Period. Each Trial Payment shall be made in the Amount of $515.09 for the following months: December 2025, January 2026, and February

2026. Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

(2) In the event a Permanent Modification is reached between the Parties, the Debtor immediately shall file a Motion to Authorize the Loan Modification in compliance with W.PA.LBR 9020-6(d).

(3) Any Party may seek a further hearing regarding the amendment or termination of this Order at any time during the Trial Modification Period by filing an appropriate Motion.

(5) Within three (3) days of entry of this Order, Debtor shall serve this Order electronically on the Chapter 13 Trustee at the following email address: LMP@chapter13trusteewdpa.com and the Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this Order on the Chapter 13 Trustee. The Debtor's Certificate of Service shall reflect service upon the above identified email address.

BY THE COURT:

_____jsf
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Consented To:

/s/ Richard G. Allen
Richard G. Allen,
PA ID# 304865
Law Offices of Richard G. Allen
752 Bedford Street
Johnstown, PA 15902
(814) 240-1013
richarda@johnstownbankruptcy.com
Attorney for Debtor

/s/ Denise Carlon
Denise Carlon
PA ID# 317226
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
215-627-7734 (fax)
dcarlon@kmllawgroup.com
Attorney for Creditor Pennymac Loan Services LLC

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70498-JAD |
| Emily R. Shope | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Nov 26, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

**Recip ID       Recipient Name and Address**
db           + Emily R. Shope, 1929 14th Avenue, Altoona, PA 16601-2440

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2025            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:

**Name              Email Address**

Denise Carlon
                  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
                  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
                  on behalf of Debtor Emily R. Shope ecf@johnstownbankruptcy.com
                  mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 5