## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Emily R. Shope** | : | Case No. 24-70498-JAD |
| **Debtor** | : | Chapter 13 |
| _____ | : | |
| **Emily R. Shope** | : | Document No. 73 |
| **Movant** | : | |
| v. | : | |
| **Pennymac Loan Services LLC** | : | |
| **Respondent** | : | |
| And | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |

## CERTIFICATE OF SERVICE OF MOTION TO WITHDRAW SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER AUTHORIZING INTERIM MORTGAGE MODIFICATION AND CORRESPONDING ORDER OF COURT

     I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 4th day of December, 2025, a true and correct copy of the Motion To Withdraw Settlement and Certification of Counsel Regarding Consent Order Authorizing Interim Mortgage Modification and Corresponding Order of Court, dated December 3rd, 2025, by electronic mail and First-Class Mail U.S. Postage paid on the Parties below:

Dated: December 4th, 2025:        **/s/ Richard G. Allen, Esquire**

                                                  Richard G. Allen, Esquire

                                                  752 Bedford Street
Johnstown, PA 15902

                                                  PA ID #   304865

                                                  (814) 240-1013 (phone)

                                                  (814) 806-2754 (fax)

richarda@johnstownbankruptcy.com

Attorney for Debtor

**Matrix:**

EMAIL:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.; Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

LMP@chapter13trusteewdpa.com

Denise Carlon on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
dcarlon@kmllawgroup.com


Via U.S. Mail:

Emily R. Shope

1929 14th Avenue

Altoona, PA 16601-2440


Evan Dickerson

210 S. 2nd Street

Philipsburg, PA 16866-1706


Pennymac Loan Services, Inc.

6101 Condor Drive, Suite 200

Moorpark, CA 93021