## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Emily R. Shope** | : | **Case No. 24-70498-JAD** |
| **Debtor** | : | **Chapter 13** |
| _____ | : | |
| **Emily R. Shope** | : | **Document No. 75** |
| **Movant** | : | |
| v. | : | |
| **Pennymac Loan Services LLC** | : | |
| **Respondent** | : | |
| And | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |

### CERTIFICATE OF SERVICE OF ORDER ON MOTION TO WITHDRAW SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER AUTHORIZING INTERIM MORTGAGE MODIFICATION AND CORRESPONDING ORDER OF COURT

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 5th day of December, 2025, a true and correct copy of the Order On Motion To Withdraw Settlement and Certification of Counsel Regarding Consent Order Authorizing Interim Mortgage Modification and Corresponding Order of Court, dated December 4th, 2025, by electronic mail and First-Class Mail U.S. Postage paid on the Parties below:

<u>Dated: December 5th, 2025:</u>    **/s/ Richard G. Allen, Esquire**

Richard G. Allen, Esquire

752 Bedford Street
Johnstown, PA 15902

PA ID #   304865

(814) 240-1013 (phone)

(814) 806-2754 (fax)

       richarda@johnstownbankruptcy.com

       Attorney for Debtor

**Matrix:**

EMAIL:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.; Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

LMP@chapter13trusteewdpa.com

Denise Carlon on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
dcarlon@kmllawgroup.com

Via U.S. Mail:

Emily R. Shope

1929 14th Avenue

Altoona, PA 16601-2440

Evan Dickerson

210 S. 2nd Street

Philipsburg, PA 16866-1706

Pennymac Loan Services, Inc.

6101 Condor Drive, Suite 200

Moorpark, CA 93021