```
                                                              FILED
                                                              12/4/25 1:31 pm
              IN THE UNITED STATES BANKRUPTCY COURT           CLERK
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA          U.S. BANKRUPTCY
                                                              COURT - WDPA
```

| | | |
|---|---|---|
| **Emily R. Shope** | : | Case No. 24-70498-JAD |
| Debtor | : | Chapter 13 |
| _____ | : | |
| **Emily R. Shope** | : | Document No. 72 |
| Movant | : | |
| v. | : | |
| **Pennymac Loan Services LLC** | : | |
| Respondent | : | |
| And | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

### ORDER ON MOTION TO WITHDRAW SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER AUTHORIZING INTERIM MORTGAGE MODIFICATION AND CORRESPONDING ORDER OF COURT

AND NOW, on this __4th__ day of __December__, 202_5_, having considered Debtor's Motion to Withdraw Settlement and Certification of Counsel Regarding Consent Order Authorizing Interim Mortgage Modification and Corresponding Order of Court, IT IS ORDERED that the Settlement and Certification of Counsel Regarding Consent Order Authorizing Interim Mortgage Modification filed at Document 68 is Denied as Withdrawn and the Corresponding Order at Document 69 is hereby Moot.

BY THE COURT:

_____
                              isf
The Honorable Jeffery A. Deller

United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-70498-JAD |
| Emily R. Shope | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 1 |
| Date Rcvd: Dec 04, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emily R. Shope, 1929 14th Avenue, Altoona, PA 16601-2440 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Emily R. Shope ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5