**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Emily R. Shope** | : | **Case No. 24-70498-JAD** |
| **Debtor** | : | **Chapter 13** |
| _____ | : | |
| **Emily R. Shope** | : | **Document No. 83** |
| **Movant** | : | |
| **v.** | : | |
| | : | |
| **Ronda J. Winnecour** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN**

    I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 12th day of February, 2026, a true and correct copy of the Amended Chapter 13 plan, dated February 11th 2026, by electronic mail and First-Class Mail U.S. Postage paid on the Parties below:


<u>Dated: February 12th, 2026:</u>     **/s/ Richard G. Allen, Esquire**

Richard G. Allen, Esquire

752 Bedford Street
Johnstown, PA 15902

PA ID #   304865

(814) 240-1013 (phone)

(814) 806-2754 (fax)

richarda@johnstownbankruptcy.com

Attorney for Debtor

**Matrix:**

EMAIL:

Denise Carlon on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
dcarlon@kmllawgroup.com

Matthew Fissel on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Jeffrey Hunt on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Via U.S. Mail:

| | |
|---|---|
| | Arize Fcu Fka Spe Fcu |
| Affirm, Inc. | 2120 Old Gatesburg |
| Resurgent Capital Services | State College, PA 16803-2200 |
| PO Box 10587 | |
| Greenville, SC 29603-0587 | Blair Animal Hospital |
| | 1720 N. Juniata Street |
| Altoona Water Authority | Hollidaysburg, PA 16648-1918 |
| P.O. Box 3150 | |
| Altoona, PA 16603-3150 | Capital One N.A. |
| | by AIS InfoSource LP as agent |
| American Profit Recovery | PO Box 71083 |
| Attn: Bankruptcy | Charlotte, NC 28272-1083 |
| 34505 W 12 Mile Road #333 Farmington Hills, MI 48331-3288 | |

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Ccb/onepro
P.O. Box 513717
Los Angeles, CA 90051-3717

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Duncansville MHP LLC
c/o Jason Michael Plakosh, Esq.
P.O. Box 184
Sewickley, PA 15143-0184

Emily R. Shope
1929 14th Avenue
Altoona, PA 16601-2440

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Mercury/FBT
Attn: Bankruptcy
P.O. Box 84064
Columbus, GA 31908-4064

Penelec/First Energy
101 Crawford's Corner Road
Building #1 Ste. 1-511
Holmdel, NJ 07733-1976

PSECU
P.O. BOX 67013
HARRISBURG, PA 17106-7013

PennyMac Loan Services, LLC
Attn: Correspondence Unit
P.O. Box 514387
Los Angeles, CA 90051-4387

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
Mercury Financial/First Bank & Trust
PO Box 788
Kirkland, WA 98083-0788

Synchrony Bank/Climate Select Attn: Bankruptcy

P.O. Box 965060

Orlando, FL 32896-5060