IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Emily R. Shope | : | Case No. 24-70498-JAD |
| Debtor | : | |
| | : | Chapter 13 |
| | : | Related to Doc. 84 |
| _____: | | Response Date: 02/13/2026 |
| Pennymac Loan Services, LLC | : | Hearing Date: 02/24/2026 at 10:00 AM |
| Movant | : | Document No: 85 |
| | : | |
| vs | : | |
| Emily R. Shope | : | |
| Evan Dickerson | : | |
| Respondents | : | |
| Ronda J. Winnecour, Trustee | : | |
| Additional Respondent | : | |

**<u>CERTIFICATE OF SERVICE OF DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY</u>**

I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 16th day of February, 2026, a true and correct copy of Debtors Response To Motion For Relief From Stay, dated February 13th 2026, by electronic mail and First-Class Mail U.S. Postage paid on the Parties below:

<u>Dated: February 16th, 2026:</u>     **/s/ Richard G. Allen, Esquire**

Richard G. Allen, Esquire

752 Bedford Street
Johnstown, PA 15902

PA ID #   304865

(814) 240-1013 (phone)

(814) 806-2754 (fax)

richarda@johnstownbankruptcy.com

Attorney for Debtor

**Matrix:**

EMAIL:

Denise Carlon on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
dcarlon@kmllawgroup.com

Matthew Fissel on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Jeffrey Hunt on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Via U.S. Mail:

Emily R. Shope

1929 14th Avenue

Altoona, PA 16601-2440

PennyMac Loan Services, LLC

Attn: Correspondence Unit

P.O. Box 514387

Los Angeles, CA 90051-4387