**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/19/26 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
Emily R. Shope,

                  Debtor.

PENNYMAC LOAN SERVICES, LLC,

                  Movant,

VS.

Emily R. Shope,

                  Respondent.

NO. 24-70498 JAD

Chapter 13

Doc. # 86
Related to Docs: 79, 80, 84

Hearing Date: February 24, 2026

## ORDER

    Upon consideration of the Motion filed by PENNYMAC LOAN SERVICES, LLC  it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for February 24, 2026 at 10:00 a.m. is hereby continued for 60 days days to May 12, 2026 at 10:00 am in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh PA 15219. Parties may appear via Zoom.

By the Court,

_____ jsf    J.

Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 24-70498-JAD

Emily R. Shope                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+                         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

**Recip ID                      Recipient Name and Address**
db                         +   Emily R. Shope, 1929 14th Avenue, Altoona, PA 16601-2440

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Denise Carlon
                           on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
                           on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Matthew Fissel
                           on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                           ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
                           on behalf of Debtor Emily R. Shope ecf@johnstownbankruptcy.com
                           mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour

District/off: 0315-7                     User: auto                                              Page 2 of 2
Date Rcvd: Feb 19, 2026                  Form ID: pdf900                                        Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6