# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Emily R. Shope

        Debtor(s)

PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns

        Movant

    vs.

Emily R. Shope

        Debtor

Ronda J. Winnecour

        Trustee

CHAPTER 13

NO. 24-70498 JAD

Related to Docs. #79 and 93

11 U.S.C. Sections 362 and 1301

## ORDER OF COURT

And on this 10th day of ___April___, 2026, it is hereby ORDERED that the Motion for Relief from Stay of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about January 27, 2026, is hereby WITHDRAWN. The hearing scheduled for May 12, 2026 is CANCELLED.

By the Court,

Jeffery A. Deller
U.S. Bankructcy Judge

sjk

FILED
4/10/26 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-1-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 24-70498-JAD

Emily R. Shope                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                            User: auto                                    Page 1 of 2

Date Rcvd: Apr 10, 2026                     Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

**Recip ID                     Recipient Name and Address**
db                         +  Emily R. Shope, 1929 14th Avenue, Altoona, PA 16601-2440

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

**Name                        Email Address**

Denise Carlon
                            on behalf of Creditor PENNYMAC LOAN SERVICES  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com

Jeffrey Hunt
                            on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Matthew Fissel
                            on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
                            on behalf of Debtor Emily R. Shope ecf@johnstownbankruptcy.com
                            mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
                            cmecf@chapter13trusteewdpa.com

TOTAL: 6